WALTER READE, APPELLANT, v. CITY OF ASBURY PARK ET AL., RESPONDENTS.

Argued May 27, 1925—Decided October 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 101 *N. J. L.* 319.

For the appellant, *Stein, Stein & Hannoch*.

For the respondents, *James D. Carton* and *John Millon*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Campbell in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, JJ.   11.

*For reversal*—None.